John Wieszchowski, administrator of the estate of Joseph Gusowski, deceased, appellee, v. Chicago & Joliet Electric Railway Company, appellant. Gen. No. 30,225.

Action for death by negligent operation of street car. Judgment on verdict for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed November 23, 1925.

McCormick, Kirkland, Patterson & Fleming, for appellant; Allan W. Cook and William H. Symmes, of counsel. Urion, Drucker, Reichmann & Boutell, for appellee; Jerome J. Sladkey and William B. Gemmill, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Tucker Hardy, administrator of the estate of Alexander Bauer, deceased, appellee, v. C. W. K. Johnson et al., on appeal of C. W. K. Johnson, appellant. Gen. No. 30,237.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Julius Limbach, for appellant. Leo G. Hana, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Vasiliki Chrysosthenous, appellee, v. John Bakales, appellant. Gen. No. 29,835.

Action to recover deposit for safekeeping. Judgment for plaintiff on verdict. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 2, 1925.

John C. Gekas, for appellant; David J. Bentall, of counsel. Abram E. Adelman and Andrew J. Vlachos, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

National Glass Company, appellee, v. Jennie Cooper, appellant. Gen. No. 29,844.

Action for damages to load of glass in collision of automobiles. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed December 2, 1925.

William L. Hart, for appellant; William L. Hart and Joseph P. Brodie, of counsel. John S. Burns, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.